| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Harold Kaplan, Esq. (NJ-0226) | CASE NO.: 18-19074-ABA<br><br>CHAPTER 13<br><br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Damiano M. Consilvio, Sr.,**<br>       Debtor.<br><br>**Danielle C. Consilvio,**<br>       Joint Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

FEDERAL NATIONAL MORTGAGE ASSOCIATION("FANNIE MAE")("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 11), and states as follows:

1. Debtors, Damiano M. Consilvio, Sr.("Debtor") and Danielle C. Consilvio ("Joint Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 2, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 130 W LEAMING AVE, WILDWOOD, NJ 08260, by virtue of a Mortgage recorded on June 10, 2009 in Book M4893, at Page 361 of the Public Records of Cape May County, NJ. Said Mortgage secures a Note in the amount of $196,000.00.

3. The Debtor filed a Chapter 13 Plan on May 17, 2018October 28, 2016.

4. The Plan fails to mention the total amount of arrears owed. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $21,750.96. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan

which proposes to pay it anything less than $21,750.96 as the pre-petition arrearage over the life of the plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

6. In addition the court docket shows the following: Clerk's Evidence of Previous Dismissal. 11 U.S.C. section 362(c)(3). The Debtor and Joint Debtor had one case pending within the preceding one year period but was dismissed. See case 15-28726. (mrm) and no motion and order having been entered within 30 days of the petition date 5/2/2018 the stay has terminated.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
>
> By: /s/Harold Kaplan
> Harold Kaplan, Esquire
> NJ Bar Number  NJ-0226
> Email: hkaplan@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Harold Kaplan, Esq. (NJ-0226) | CASE NO.: 18-19074-ABA<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Damiano M. Consilvio, Sr.,**<br>      Debtor.<br><br>**Danielle C. Consilvio,**<br>      Joint Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan, represent FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") in this matter.

2. On 6/13/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

6/13/2018

                RAS Citron, LLC
                Attorney for Secured Creditor
                130 Clinton Road, Suite 202
                Fairfield, NJ 07004
                Telephone Number 973-575-0707

                By: /s/Harold Kaplan
                Harold Kaplan, Esquire
                NJ Bar Number  NJ-0226
                Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rex J. Roldan<br>Law Office of Rex J. Roldan, PC<br>Washington Professional Campus 900 Route 168, Suite I-4<br>Turnersville, NJ 08012 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Damiano M. Consilvio, Sr.<br>106 Landing Drive<br>Deptford, , NJ 08096 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Danielle C. Consilvio<br>106 Landing Drive<br>Deptford, , NJ 08096 | Joint Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| US Dept of Justice<br>One Newark Center Ste 2100<br>Newark, , NJ 07102 | US Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |