| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Rex J. Roldan, Esquire (RR7961)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>(856) 232-1425   Fax (856) 232-1025<br>Attorney for Debtors | **Order Filed on August 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>DAMIANO M. CONSILVIO, SR. and DANIELLE C. CONSILVIO,<br><br>　　　　　　　Debtors | Case No.: 18-19074 (ABA)<br><br>Judge: Andrew B. Altenburg, Jr., U.S.B.J.<br><br>Hearing Date: August 21, 2018<br><br>Chapter: 13 |

## ORDER GRANTING DEBTORS' MOTION TO
## SUSPEND CHAPTER 13 PLAN PAYMENTS

　　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 21, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Andrew B. Altenburg, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**(Page 2)**

Debtors: Damiano M. Consilvio, Sr. and Danielle C. Consilvio

Case No.: 18-19074 (ABA)

Caption of Order: ORDER GRANTING DEBTORS' MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

---

**THIS MATTER** having come before the Court on motion by the debtors, Damiano M. Consilvio, Sr. and Danielle C. Consilvio, by and through their attorney, Rex J. Roldan, Esquire, for an Order to suspend debtors' Chapter 13 plan payments, and the Court having considered the matter, and for good cause shown;

**IT IS ORDERED** that the Chapter 13 plan payments of the debtors, Damiano M. Consilvio, Sr. and Danielle C. Consilvio, be and are hereby suspended until October, 2018.