| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Rex J. Roldan, Esquire (RR7961)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>(856) 232-1425   Fax (856) 232-1025<br>Attorney for Debtors |
| In Re:<br><br>DAMIANO M. CONSILVIO, SR. and DANIELLE C. CONSILVIO,<br><br>                    Debtors |

Order Filed on August 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-19074 (ABA)

Judge: Andrew B. Altenburg, Jr., U.S.B.J.

Hearing Date: August 21, 2018

Chapter: 13

## ORDER GRANTING DEBTORS' MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 21, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors: Damiano M. Consilvio, Sr. and Danielle C. Consilvio

Case No.: 18-19074 (ABA)

Caption of Order: ORDER GRANTING DEBTORS' MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

---

**THIS MATTER** having come before the Court on motion by the debtors, Damiano M. Consilvio, Sr. and Danielle C. Consilvio, by and through their attorney, Rex J. Roldan, Esquire, for an Order to suspend debtors' Chapter 13 plan payments, and the Court having considered the matter, and for good cause shown;

**IT IS ORDERED** that the Chapter 13 plan payments of the debtors, Damiano M. Consilvio, Sr. and Danielle C. Consilvio, be and are hereby suspended until October, 2018.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-19074-ABA
Damiano M. Consilvio, Sr.                                                           Chapter 13
Danielle C. Consilvio
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Aug 21, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.
db/jdb         +Damiano M. Consilvio, Sr.,   Danielle C. Consilvio,   106 Landing Drive,
                Deptford, NJ 08096-6845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE)
               hkaplan@rasnj.com,    informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE)
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Rex J. Roldan    on behalf of Debtor Damiano M. Consilvio, Sr. roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Rex J. Roldan    on behalf of Joint Debtor Danielle C. Consilvio roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Sindi Mncina    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9