| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Motor Credit Corporation | **Order Filed on October 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Damiano M. Consilvio, Danielle C. Consilvio,<br><br>Debtors. | Case No.:  18-19074 ABA<br>Adv. No.:<br>Hearing Date:  7/11/18 @ 10:00 a.m.<br><br>Judge:  Andrew B. Altenburg, Jr |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:      Damiano M. Consilvio, Danielle C. Consilvio
Case No.:    18-19074 ABA
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, holder of a mortgage on real property located 2011 TOYOTA RAV4, VIN: 2T3ZF4DV3BW062834, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Rex J. Roldan, Esquire, attorney for Debtors, Damiano M. Consilvio and Danielle C. Consilvio, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor has brought the loan contractually current; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that post-petition payments can be used to pay pre-petition arrears without it being a violation of the stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the claim will be treated outside of the Bankruptcy and is not to be paid by the trustee; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.