Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−19074−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Damiano M. Consilvio Sr.                        Danielle C. Consilvio
  aka Damiano M. Consilvio                        aka Daniela C. Consilvio
  106 Landing Drive                               106 Landing Drive
  Deptford, NJ 08096                              Deptford, NJ 08096

Social Security No.:
  xxx−xx−1868                                     xxx−xx−7891

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule D,E/F on 10/22/2019 or to the List of Creditors on n/a , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

   2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.  until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: October 23, 2019
JAN: bed

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Damiano M. Consilvio, Sr.  
Danielle C. Consilvio  
    Debtors

Case No. 18-19074-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 23, 2019
                            Form ID: oresadoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
db/jdb       +Damiano M. Consilvio, Sr.,   Danielle C. Consilvio,   106 Landing Drive,   Deptford, NJ 08096-6845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:08     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:

         Andrew M. Lubin   on behalf of Creditor   Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com
         Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Harold N. Kaplan   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE) hkaplan@rasnj.com, informationathnk@aol.com
         Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Laura M. Egerman   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE) bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Nona Ostrove   on behalf of Creditor   Locust Grove Common Facilities Association, Inc. nostrove@ostrovelaw.com
         Rex J. Roldan   on behalf of Joint Debtor Danielle C. Consilvio roldanlaw@comcast.net, roldanlaw1@gmail.com
         Rex J. Roldan   on behalf of Debtor Damiano M. Consilvio, Sr. roldanlaw@comcast.net, roldanlaw1@gmail.com
         Sindi Mncina   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) smncina@rascrane.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                      TOTAL: 12