UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 18-19074 (ABA) |
|---|---|
| DAMIANO M. CONSILVIO, SR. and DANIELLE C. CONSILVIO | Chapter: 13 |
| | Judge: Andrew B. Altenbu |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Damiano M. Consilvio, Sr., Danielle C. Consilvio, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr., USBJ on November 26, 2019 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, 400 Cooper Street, 4th Floor, Camden, NJ 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal injury claim arising from a motor vehicle accident on October 27, 2015.

Pertinent terms of settlement: Defendant, Andrew Mullins, has offered $50,000.00 to settle. Meridian Resource Company, Inc. has a federal insurance lien of $39,277.73 against any recovery. However, Meridian Resource Company, Inc. has offered to compromise its lien to $16,666.00. Debtor's attorney, Paul A. Sochanchak, Esq., will receive one third plus costs in the amount of $16,918.66, and Debtor will receive $16,415.34.

Objections must be served on, and requests for additional information directed to:

Name: Rex J. Roldan, Esquire

Address: Washington Professional Campus, 900 Rte 168, Ste I-4, Turnersville, NJ 08012

Telephone No.: (856) 232-1425

United States Bankruptcy Court
District of New Jersey

In re:
Damiano M. Consilvio, Sr.
Danielle C. Consilvio
Debtors

Case No. 18-19074-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 4 Date Rcvd: Oct 23, 2019
Form ID: pdf905 Total Noticed: 124

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.

db/jdb +Damiano M. Consilvio, Sr., Danielle C. Consilvio, 106 Landing Drive, Deptford, NJ 08096-6845
517501634 +Accurate Diagnostic Labs, Inc., 3000 Hadley Rd, South Plainfield, NJ 07080-1183
518525310 Advantage Therapy Center, 1001 Briggs Road, Suite 270, Mount Laurel, NJ 08054-4105
517501635 Advocare In-Patient Medicine, PO Box 3001 d49, Voorhees, NJ 08043-0598
517501636 Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203
517501637 #Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610
517501638 +Apex Asset Management, 2501 Oregon Pike Ste 120, Lancaster, PA 17601-4890
517512514 +Ashley Zimmerman & Grant Terbush, 1117 Morris Street, Philadelphia, PA 19148-1137
517501640 +Atlantic Radiologists Professional Assoc, PO Box 1262, Indianapolis, IN 46206-1262
517501642 Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803
517501643 +Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441
517501649 +CBNA, PO Box 6497, Sioux Falls, SD 57117-6497
517501646 Card Services, PO Box 13337, Philadelphia, PA 19101-3337
517501647 Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298
517501650 Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500
517501651 +City of Wildwood Tax Collector, 4400 New Jersey Avenue, Wildwood, NJ 08260-1729
517501652 +City of Wildwood Water Utility, 4400 New Jersey Avenue, Wildwood, NJ 08260-1729
517501655 +Complete Collection Service, 1007 N. Federal Hwy #280, Fort Lauderdale, FL 33304-1422
518525312 +Cooper Anesthesiology, One Cooper Plaza, Camden, NJ 08103-1461
518525313 +DRD Medical Solutions, LLC, PO Box 312, Cedar Brook, NJ 08018-0312
517591549 +Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493
517501658 ECMC, PO Box 16408, Saint Paul, MN 55116-0408
518525314 Eastern Neuro Diagnostic Associates, PC, 2301 E. Evesham Road, Voorhees, NJ 08043-4509
517501659 +Emerg Care Services of NJ, PA, 2620 Ridgewood Rd Ste 300, Akron, OH 44313-3527
517614247 Emergency Physicians Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123
517539347 +FEDERAL NATIONAL MORTGAGE, ASSOCIATION (FANNIE MAE), RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927
517638542 +Federal National Mortgage Association, C/O Seterus, Inc., PO Box 1047, Hartford, CT 06143-1047
517501660 Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388
517501662 +Friedberg Eye Associates, 661 N Broad Street, Woodbury, NJ 08096-1621
518525315 +GSID, 709 Haddonfield Berlin Road, Voorhees, NJ 08043-3715
517501663 Gloucester County Surgery Center, 163 Bridgeton Pike, Building B, Mullica Hill, NJ 08062-2669
517501664 +Great Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860
518525316 HCFS Healthcare Financial Services, LLC, Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203
518525317 HRRG, PO Box 189053, Fort Lauderdale, FL 33318-9053
517501666 HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080
517501665 Hospital University of PA, PO Box 829500, Philadelphia, PA 19182-9500
517501667 I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378
517501668 Individual Surgical First Assist, 7451 Chapel Avenue, Fort Worth, TX 76116-7090
517501669 +Inspira Health Network, 509 N Broad St, Woodbury, NJ 08096-1617
517501670 +Inspira Health Network, 333 Irving Avenue, Bridgeton, NJ 08302-2123
517512515 +Joshua Berckman, 130 W. Leaming Avenue, Wildwood, NJ 08260-1441
517501672 Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823
518525318 Kennedy Medical Group Practice, PC, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001
517501674 Loan Servicing Center, Customer Support Unit, PO Box 551170, Jacksonville, FL 32255-1170
517813172 +Locust Grove, 1000 White Horse Road Suite 703, Voorhees NJ 08043-4413
517501675 Locust Grove CFA, c/o Associa Mid-Atlantic (MAMCO), PO Box 60002, Newark, NJ 07101-8052
517812105 +Locust Grove Common Facilities Association, Inc., c/o Associa Mid-Atlantic, 14000 Horizon Way, Suite 200, Mt. Laurel, NJ 08054-4342
517501678 +MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518
517501676 Macy’s, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053
517501677 Mercy Diagnostics Inc, 3109 Poplarwood Ct Ste 302, Raleigh, NC 27604-1044
518525319 +Meridian Resource Company LLC, PO Box 659940, San Antonio, TX 78265-9138
517501679 +Michael E. Blaine, Esquire, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835
518525320 Mid Atlantic Retina, PO Box 972, Bryn Mawr, PA 19010-0972
518525321 Myeong Cheol Lee, LAC, 1937 Berlin Road, Suite 3, Cherry Hill, NJ 08003-3737
517501680 Nelnet, PO Box 82581, Lincoln, NE 68501-2561
517548194 +Nelnet on behalf of ECMC, Education Credit Management Corp, PO Box 16408, St. Paul, MN 55116-0408
517501684 PNC Bank, NA, PO Box 3429, Pittsburgh, PA 15230-3429
517501682 +Penn Medicine, 1500 Market Street UM 600, Philadelphia, PA 19102-2157
517501683 +Pioneer Capital Solution, PO Box 719, Anoka, MN 55303-0727
517501686 ProCo, PO Box 2462, Aston, PA 19014-0462
518525322 Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775
517501688 +RA Pain Services, PO Box 4640, Rutherford, NJ 07070-0464
517501689 Radiology Associates of New Jersey, PC, 28075 Network Place, Chicago, IL 60673-1280
517501690 +Rancocas Anesthesiology, PO Box 4640, Rutherford, NJ 07070-0464
517501691 Regional Diagnostic Imaging, LLC, 2527 Cranberry Hwy, Wareham, MA 02571-1046

517501692 Regional Orthopedic PA, PO Box 8850, Turnersville, NJ 08012-8850
517501693 Relievus, PO Box 7776, Lancaster, PA 17604-7776
517501695 +Rothman Institute, 925 Chestnut Street, Philadelphia, PA 19107-4290
517501697 ++SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096
(address filed with court: Seterus, Inc., 14523 SW Millikan Way Ste 200,
Beaverton, OR 97005)
517501698 South Jersey Anesthesia & Pain Physician, 509 N Broad Street, Woodbury, NJ 08096-1617
518525323 +South Jersey Health & Wellness, 1919 Greentree Road, Cherry Hill, NJ 08003-1859
517501699 South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710
517609707 +South Jersey anesthesia andPain Phys, Apex Asset Management, LLC, PO Box 5407,
Lancaster, PA 17606-5407
517501700 +Specialized Loan Servicing, 8742 Lucent Blvd Ste 300, Littleton, CO 80129-2386
517549865 +TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507
517501704 +The Bank of Missouri/Milstne, PO Box 4499, Beaverton, OR 97076-4499
517501706 The Spine Institute of SNJ, 512 Lippincott Drive, Marlton, NJ 08053-4803
518525324 Thomas Jefferson University Hospitals, PO Box 3475, Toledo, OH 43607-0475
518315954 Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001,
Malvern PA 19355-0701
517501707 +Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013
517543212 +Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013
517560483 +Toyota Motor Credit Corporation, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812
517583645 UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973,
MADISON WI 53708-8973
517560510 +US BANK CUST FOR PC 4 FIRSTRUST BANK, Linda S. Fossi, Esquire, GARY C. ZEITZ, L.L.C.,
1101 Laurel Oak Road, Suite 170, Voorhees, New Jersey 08043-4381
517501709 US Department of Education, PO Box 8973, Madison, WI 53708-8973
517501710 US Department of Education, Direct Loan Servicing Center, PO Box 5609,
Greenville, TX 75403-5609
517501708 United Telemanagement Corp., Billing Department, PO Box 145465, Cincinnati, OH 45250-5465
517501713 Virtua Health, PO Box 8500-8267, Philadelphia, PA 19178-8500
517609713 +Virtua Health System WJ, Apex Asset Management, LLC, PO Box 5407,
Lancaster, PA 17606-5407
517501715 +Wells Fargo Bank, 800 Walnut St, Des Moines, IA 50309-3891
517589041 Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438
517501716 Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335
518525325 Wills Eye Ophthalmology Clinic, PO Box 827103, Philadelphia, PA 19182-7103
517552155 eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2019 00:21:11 U.S. Attorney, 970 Broad St.,
Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2019 00:21:08 United States Trustee,
Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100,
Newark, NJ 07102-5235
517501641 E-mail/Text: nicole.watts@atlanticare.org Oct 24 2019 00:19:21
AtlantiCare Regional Medical Center, Jimmie Leeds Rd, Pomona, NJ 08240
518525311 E-mail/Text: info@chcollects.com Oct 24 2019 00:22:05 C&H Collection Services Inc.,
1 Federal Street, N-100, Camden, NJ 08103-1091
517501644 E-mail/Text: clientrep@capitalcollects.com Oct 24 2019 00:22:08 Capital Collection Service,
PO Box 150, West Berlin, NJ 08091
517501645 E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2019 00:14:29 Capital One,
PO Box 30285, Salt Lake City, UT 84130-0285
517541600 E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 24 2019 00:16:45
Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083
517501653 +E-mail/Text: documentfiling@lciinc.com Oct 24 2019 00:19:22 Comcast,
1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899
517501654 E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2019 00:20:44 Comenity Bank,
Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125
517501656 E-mail/PDF: creditonebknotifications@resurgent.com Oct 24 2019 00:14:40 CreditOne Bank,
PO Box 98873, Las Vegas, NV 89193-8873
517984626 E-mail/Text: bnc-quantum@quantum3group.com Oct 24 2019 00:21:00
Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657,
Kirkland, WA 98083-0657
517501657 +E-mail/Text: bankruptcynotices@dcicollect.com Oct 24 2019 00:21:41 Diversified Consultants,
10550 Deerwood Park Blvd 309, Jacksonville, FL 32256-2805
517501661 E-mail/Text: bnc-bluestem@quantum3group.com Oct 24 2019 00:21:44
Fingerhut Credit Account Services, PO Box 1250, Saint Cloud, MN 56395-1250
517501671 E-mail/Text: cio.bncmail@irs.gov Oct 24 2019 00:20:18 Internal Revenue Service,
PO Box 7346, Philadelphia, PA 19101-7346
517501673 +E-mail/Text: bk@lendingclub.com Oct 24 2019 00:21:37 Lending Club Corp,
71 Stevenson St Ste 1000, San Francisco, CA 94105-2967
517501685 +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 24 2019 00:14:36
PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
517633897 +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 00:17:02
PYOD, LLC its successors and assigns as assignee, of Citibank, N.A.,
Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008
517635871 +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 00:15:53
PYOD, LLC its successors and assigns as assignee, of FNBM, LLC, Resurgent Capital Services,
PO Box 19008, Greenville, SC 29602-9008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

517501681 E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:14:13 PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658
517501687 +E-mail/Text: bnc-quantum@quantum3group.com Oct 24 2019 00:21:00 Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657
517501694 +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 00:15:57 Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008
517501696 +E-mail/Text: jennifer.chacon@spservicing.com Oct 24 2019 00:22:09 Select Portfolio Servicing, Inc., ATTN: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250
517501702 E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:16:26 Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060
517512655 +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 00:14:13 Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
517501703 E-mail/Text: bankruptcy@td.com Oct 24 2019 00:21:13 TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037
517637481 E-mail/Text: jennifer.chacon@spservicing.com Oct 24 2019 00:22:09 Towd Point Mortgage Trust 2017-FRE2, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250
517623495 +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 24 2019 00:28:11 Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901
517501711 +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 24 2019 00:19:16 Verizon Wireless, PO Box 3397, Bloomington, IL 61702-3397
517501717 E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 24 2019 00:20:44 WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125
517501714 +E-mail/Text: bncmail@w-legal.com Oct 24 2019 00:21:22 Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132

TOTAL: 30

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

517501639* Apex Asset Management, 2501 Oregon Pike Ste 120, Lancaster, PA 17601-4890
517552235* eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262
517552243* eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262
517552345* eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262
517501648 ##CareCentrix, PO Box 7780, London, KY 40742-7780
517501701 ##+Spruce Lending, Inc., 4761 E Hunter Avenue, Anaheim, CA 92807-1940
517501705 ##+The Center for Sports Medicine, 905 W Sproul Rd Ste 106, Springfield, PA 19064-1254
517501712 ##+Viewtech Financial Services, Inc., 4761 E Hunter Ave, Anaheim, CA 92807-1940

TOTALS: 0, * 4, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:

Andrew M. Lubin on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com
Denise E. Carlon on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Harold N. Kaplan on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE) hkaplan@rasnj.com, informationathnk@aol.com
Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
Isabel C. Balboa on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
Kevin Gordon McDonald on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
Laura M. Egerman on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE) bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
Nona Ostrove on behalf of Creditor Locust Grove Common Facilities Association, Inc. nostrove@ostrovelaw.com
Rex J. Roldan on behalf of Joint Debtor Danielle C. Consilvio roldanlaw@comcast.net, roldanlaw1@gmail.com
Rex J. Roldan on behalf of Debtor Damiano M. Consilvio, Sr. roldanlaw@comcast.net, roldanlaw1@gmail.com
Sindi Mncina on behalf of Creditor Federal National Mortgage Association (Fannie Mae) smncina@rascrane.com
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12