UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors

Order Filed on October 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAMIANO M. CONSILVIO, SR. and
DANIELLE C. CONSILVIO

Case No.:     18-19074 (ABA)

Chapter:           13

Judge:       Andrew B. Altenburg

**ORDER AUTHORIZING RETENTION OF**

PAUL A. SOCHANCHAK, ESQUIRE

The relief set forth on the following page is **ORDERED**.

**DATED: October 30, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Paul A. Sochanchak, Esquire___

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  LundyLaw
   1040 N Kings Highway, Suite 305
   Cherry Hill, NJ 08034

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2