# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr., Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Jennie P. Archer\**
*Kelleen E. Stanley\**
*Lu'Shell K. Alexander\**

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

November 15, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

    **RE:**    **Chapter 13 Bankruptcy**
             **Case No. 18-19074 (ABA)**
             **Debtor(s) Name:  Damiano M. Consilvio, Sr. and Danielle C. Consilvio**

Dear Judge Altenburg:

    Please accept this letter in lieu of a more formal response to Debtor's Notice of Proposed Compromise or Settlement of Controversy which is returnable Tuesday, November 26, 2019, at 10:00 a.m.

    Debtors have been awarded a gross settlement in the amount of $50,000 with a net settlement of $16,918.66 stemming from a personal injury lawsuit. Debtors claim personal injury proceeds up to $23,675 as exempt pursuant to 11 U.S.C. § 522(d)(11)(D) on Amended Schedule C filed on October 22, 2019.

    The Notice of Proposed Compromise or Settlement of Controversy states that there is a federal insurance lien of $39,277.73 which was reduced to $16,666.00. After Debtor's personal injury counsel receives one-third of the settlement, plus costs, Debtors will receive $16,415.34. Debtors failed to attach a Settlement Sheet as an exhibit to the Notice; therefore, the Trustee cannot verify the validity of the settlement.

    Based on the foregoing, the Trustee respectfully requests Debtors be required to provide the Court with a copy of the Settlement Sheet so that the terms of the settlement may be reviewed.

    As always, the Court is welcome to contact the Trustee with any concerns.

                               Respectfully submitted,

                               */s/Jennifer R. Gorchow*
                               Jennifer R. Gorchow
                               Staff Attorney

JRG/jpa
cc:    Rex J. Roldan, Esquire (Via CM/ECF)
        Damiano and Danielle Consilvio (Via regular mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**
**Memphis, TN 38101-1978**