| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br> MILSTEAD & ASSOCIATES, LLC <br> By: Andrew M. Lubin <br> Atty. ID:  AL0814 <br> 1 E. Stow Road <br> Marlton, NJ 08053 <br> (856) 482-1400 <br> File No.: 225290-10 <br> Attorneys for Movant:  Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee | **Order Filed on December 10, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: <br><br> Damiano M. Consilvio, Sr. aka Damiano M. Consilvio and Danielle C. Consilvio aka Daniela C. Consilvio | Case No.:  18-19074-ABA <br> Chapter 13 <br><br> Hearing Date: December 10, 2019 <br> Time: 10:00 a.m. <br><br> Judge:  Andrew B. Altenburg, Jr. |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED**

**DATED: December 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

☒ Real property more fully described as:

**106 Landing Drive, Deptford, NJ 08096**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Damiano M. Consilvio, Sr.  
Danielle C. Consilvio  
    Debtors

Case No. 18-19074-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1  Date Rcvd: Dec 10, 2019
Form ID: pdf903  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.
db/jdb  +Damiano M. Consilvio, Sr.,  Danielle C. Consilvio,  106 Landing Drive,  Deptford, NJ 08096-6845
aty  +Paul Sochanchak,  1040 N. Kings Highway #305,  Cherry Hill, NJ 08034-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
    Andrew M. Lubin   on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2017-FRE2 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
    Andrew M. Lubin   on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com
    Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Harold N. Kaplan   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE) hkaplan@rasnj.com, informationathnk@aol.com
    Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Jennifer R. Gorchow   on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
    Kevin Gordon McDonald   on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Laura M. Egerman   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE) bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Nona Ostrove   on behalf of Creditor   Locust Grove Common Facilities Association, Inc. nostrove@ostrovelaw.com
    Rex J. Roldan   on behalf of Joint Debtor Danielle C. Consilvio roldanlaw@comcast.net, roldanlaw1@gmail.com
    Rex J. Roldan   on behalf of Debtor Damiano M. Consilvio, Sr. roldanlaw@comcast.net, roldanlaw1@gmail.com
    Sindi Mncina   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) smncina@rascrane.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 14