Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−19074−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Damiano M. Consilvio Sr.<br>aka Damiano M. Consilvio<br>106 Landing Drive<br>Deptford, NJ 08096 | Danielle C. Consilvio<br>aka Daniela C. Consilvio<br>106 Landing Drive<br>Deptford, NJ 08096 |

Social Security No.:
   xxx−xx−1868                                                          xxx−xx−7891

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 23, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 23, 2019
JAN: bc

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                             Case No. 18-19074-ABA
Damiano M. Consilvio, Sr.                                          Chapter 13
Danielle C. Consilvio
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 4                  Date Rcvd: Dec 23, 2019
                              Form ID: 148                 Total Noticed: 126


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb         +Damiano M. Consilvio, Sr.,    Danielle C. Consilvio,    106 Landing Drive,
                 Deptford, NJ 08096-6845
aty            +Paul Sochanchak,    1040 N. Kings Highway #305,    Cherry Hill, NJ 08034-1925
517501634      +Accurate Diagnostic Labs, Inc.,    3000 Hadley Rd,    South Plainfield, NJ 07080-1183
518525310       Advantage Therapy Center,    1001 Briggs Road, Suite 270,    Mount Laurel, NJ 08054-4105
517501635       Advocare In-Patient Medicine,    PO Box 3001 d49,    Voorhees, NJ 08043-0598
517501636       Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH  44333-8203
517501637      #Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
517501638      +Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
517512514      +Ashley Zimmerman & Grant Terbush,    1117 Morris Street,    Philadelphia, PA 19148-1137
517501640      +Atlantic Radiologists Professional Assoc,    PO Box 1262,    Indianapolis, IN 46206-1262
517501643      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
517501649      +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517501651      +City of Wildwood Tax Collector,    4400 New Jersey Avenue,    Wildwood, NJ 08260-1729
517501652      +City of Wildwood Water Utility,    4400 New Jersey Avenue,    Wildwood, NJ 08260-1729
517501655      +Complete Collection Service,    1007 N. Federal Hwy #280,    Fort Lauderdale, FL 33304-1422
518525312      +Cooper Anesthesiology,    One Cooper Plaza,    Camden, NJ 08103-1461
518525313      +DRD Medical Solutions, LLC,    PO Box 312,    Cedar Brook, NJ 08018-0312
517591549      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518525314       Eastern Neuro Diagnostic Associates, PC,    2301 E. Evesham Road,    Voorhees, NJ 08043-4509
517501659      +Emerg Care Services of NJ, PA,    2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3527
517614247       Emergency Physicians Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517539347      +FEDERAL NATIONAL MORTGAGE,    ASSOCIATION (FANNIE MAE),    RAS CITRON, LLC,
                 BANKRUPTCY DEPARTMENT,    130 CLINTON ROAD, SUITE 202,    FAIRFIELD, NJ 07004-2927
517638542      +Federal National Mortgage Association,    C/O Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
517501660       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517501662      +Friedberg Eye Associates,    661 N Broad Street,    Woodbury, NJ 08096-1621
518525315      +GSID,    709 Haddonfield Berlin Road,    Voorhees, NJ 08043-3715
517501663       Gloucester County Surgery Center,    163 Bridgeton Pike, Building B,
                 Mullica Hill, NJ 08062-2669
517501664      +Great Lakes Higher Education,    PO Box 7860,    Madison, WI 53707-7860
518525316       HCFS Healthcare Financial Services, LLC,    Akron Billing Center,    3585 Ridge Park Drive,
                 Akron, OH 44333-8203
518525317       HRRG,    PO Box 189053,    Fort Lauderdale, FL 33318-9053
517501666       HRRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
517501665       Hospital University of PA,    PO Box 829500,    Philadelphia, PA 19182-9500
517501668       Individual Surgical First Assist,    7451 Chapel Avenue,    Fort Worth, TX 76116-7090
517501670      +Inspira Health Network,    333 Irving Avenue,    Bridgeton, NJ 08302-2123
517501669      +Inspira Health Network,    509 N Broad St,    Woodbury, NJ 08096-1617
517512515      +Joshua Berckman,    130 W. Leaming Avenue,    Wildwood, NJ 08260-1441
517501672       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
518525318       Kennedy Medical Group Practice, PC,    PO Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
517501674       Loan Servicing Center,    Customer Support Unit,    PO Box 551170,    Jacksonville, FL 32255-1170
517813172      +Locust Grove,    1000 White Horse Road Suite 703,    Voorhees NJ 08043-4413
517501675       Locust Grove CFA,    c/o Associa Mid-Atlantic (MAMCO),    PO Box 60002,    Newark, NJ 07101-8052
517812105      +Locust Grove Common Facilities Association, Inc.,    c/o Associa Mid-Atlantic,
                 14000 Horizon Way, Suite 200,    Mt. Laurel, NJ 08054-4342
517501678      +MHEAC d/b/a ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
517501677       Mercy Diagnostics Inc,    3109 Poplarwood Ct Ste 302,    Raleigh, NC 27604-1044
518525319      +Meridian Resource Company LLC,    PO Box 659940,    San Antonio, TX 78265-9138
517501679      +Michael E. Blaine, Esquire,    30 Montgomery Street, Suite 1205,    Jersey City, NJ 07302-3835
518525320       Mid Atlantic Retina,    PO Box 972,    Bryn Mawr, PA 19010-0972
518525321       Myeong Cheol Lee, LAC,    1937 Berlin Road, Suite 3,    Cherry Hill, NJ 08003-3737
517501680       Nelnet,    PO Box 82581,    Lincoln, NE 68501-2561
517548194      +Nelnet on behalf of ECMC,    Education Credit Management Corp,    PO Box 16408,
                 St. Paul, MN 55116-0408
517501684       PNC Bank, NA,    PO Box 3429,    Pittsburgh, PA 15230-3429
517501682      +Penn Medicine,    1500 Market Street UM 600,    Philadelphia, PA 19102-2157
517501683      +Pioneer Capital Solution,    PO Box 719,    Anoka, MN 55303-0727
517501686       ProCo,    PO Box 2462,    Aston, PA 19014-0462
518525322       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517501688      +RA Pain Services,    PO Box 4640,    Rutherford, NJ 07070-0464
517501689       Radiology Associates of New Jersey, PC,    28075 Network Place,    Chicago, IL 60673-1280
517501690      +Rancocas Anesthesiology,    PO Box 4640,    Rutherford, NJ 07070-0464
517501691       Regional Diagnostic Imaging, LLC,    2527 Cranberry Hwy,    Wareham, MA 02571-1046
517501692       Regional Orthopedic PA,    PO Box 8850,    Turnersville, NJ 08012-8850
517501693       Relievus,    PO Box 7776,    Lancaster, PA 17604-7776
517501695      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
517501697      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Seterus, Inc.,     14523 SW Millikan Way Ste 200,
                 Beaverton, OR 97005)
```

```
District/off: 0312-1          User: admin              Page 2 of 4              Date Rcvd: Dec 23, 2019
                              Form ID: 148             Total Noticed: 126


517501698      South Jersey Anesthesia & Pain Physician,    509 N Broad Street,    Woodbury, NJ 08096-1617
518525323     +South Jersey Health & Wellness,    1919 Greentree Road,    Cherry Hill, NJ 08003-1859
517501699      South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517609707     +South Jersey anesthesia andPain Phys,    Apex Asset Management, LLC,    PO Box 5407,
                Lancaster, PA 17606-5407
517501700     +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Littleton, CO 80129-2386
517549865     +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517501704     +The Bank of Missouri/Milstne,    PO Box 4499,    Beaverton, OR 97076-4499
517501705     +The Center for Sports Medicine,    905 W Sproul Rd Ste 106,    Springfield, PA 19064-1254
517501706      The Spine Institute of SNJ,    512 Lippincott Drive,    Marlton, NJ 08053-4803
518525324      Thomas Jefferson University Hospitals,    PO Box 3475,    Toledo, OH 43607-0475
517501707     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
517543212     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517560483     +Toyota Motor Credit Corporation,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517583645      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON WI 53708-8973
517560510     +US BANK CUST FOR PC 4 FIRSTRUST BANK,    Linda S. Fossi, Esquire,    GARY C. ZEITZ, L.L.C.,
                1101 Laurel Oak Road, Suite 170,    Voorhees, New Jersey 08043-4381
517501709      US Department of Education,    PO Box 8973,    Madison, WI 53708-8973
517501708      United Telemanagement Corp.,    Billing Department,    PO Box 145465,    Cincinnati, OH 45250-5465
517501713      Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8500
517609713     +Virtua Health System WJ,    Apex Asset Management, LLC,    PO Box 5407,
                Lancaster, PA 17606-5407
518525325      Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA 19182-7103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:14     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517501641      E-mail/Text: nicole.watts@atlanticare.org Dec 24 2019 00:50:54
                AtlantiCare Regional Medical Center,    Jimmie Leeds Rd,    Pomona, NJ 08240
517501642      EDI: TSYS2.COM Dec 24 2019 04:53:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE 19899-8803
518525311      E-mail/Text: info@chcollects.com Dec 24 2019 00:53:28     C&H Collection Services Inc.,
                1 Federal Street, N-100,    Camden, NJ 08103-1091
517501644     +E-mail/Text: clientrep@capitalcollects.com Dec 24 2019 00:53:31     Capital Collection Service,
                PO Box 150,    West Berlin, NJ 08091-0150
517501645      EDI: CAPITALONE.COM Dec 24 2019 04:53:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
517541600      EDI: CAPITALONE.COM Dec 24 2019 04:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
517501646      EDI: TSYS2.COM Dec 24 2019 04:53:00      Card Services,    PO Box 13337,
                Philadelphia, PA 19101-3337
517501647      EDI: CHASE.COM Dec 24 2019 04:53:00      Cardmember Service,    PO Box 15298,
                Wilmington, DE 19850-5298
517501650      EDI: CITICORP.COM Dec 24 2019 04:53:00      Citi Cards,    PO Box 6500,
                Sioux Falls, SD 57117-6500
517501653     +EDI: COMCASTCBLCENT Dec 24 2019 04:58:00      Comcast,    1701 John F. Kennedy Blvd,
                Philadelphia, PA 19103-2899
517501654      EDI: WFNNB.COM Dec 24 2019 04:53:00      Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                Columbus, OH 43218-2125
517501656      E-mail/PDF: creditonebknotifications@resurgent.com Dec 24 2019 00:55:58     CreditOne Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
517984626      EDI: Q3G.COM Dec 24 2019 04:53:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,    Kirkland, WA 98083-0657
517501657     +EDI: DCI.COM Dec 24 2019 04:58:00      Diversified Consultants,    10550 Deerwood Park Blvd 309,
                Jacksonville, FL 32256-2805
517501658      EDI: ECMC.COM Dec 24 2019 04:53:00      ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
517501661      EDI: BLUESTEM Dec 24 2019 04:58:00      Fingerhut Credit Account Services,    PO Box 1250,
                Saint Cloud, MN 56395-1250
517501667      EDI: IIC9.COM Dec 24 2019 04:53:00      I.C. System, Inc.,    444 Highway 96 East,    PO Box 64378,
                Saint Paul, MN 55164-0378
517501671      EDI: IRS.COM Dec 24 2019 04:53:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
517501673     +E-mail/Text: bk@lendingclub.com Dec 24 2019 00:53:01     Lending Club Corp,
                71 Stevenson St Ste 1000,    San Francisco, CA 94105-2967
517501676      EDI: TSYS2.COM Dec 24 2019 04:53:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
517501685     +EDI: PRA.COM Dec 24 2019 04:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
517633897     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:56:05
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517635871     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:56:04
                PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
517501681      EDI: RMSC.COM Dec 24 2019 04:53:00      PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
```

```
District/off: 0312-1          User: admin              Page 3 of 4              Date Rcvd: Dec 23, 2019
                              Form ID: 148             Total Noticed: 126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517501687         +EDI: Q3G.COM Dec 24 2019 04:53:00      Quantum3 Group LLC,    PO Box 657,
                   Kirkland, WA 98083-0657
517501694         +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 00:57:59
                   Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517501696         +E-mail/Text: jennifer.chacon@spservicing.com Dec 24 2019 00:53:32
                   Select Portfolio Servicing, Inc.,    ATTN: Bankruptcy Dept.,    PO Box 65250,
                   Salt Lake City, UT 84165-0250
517501702          EDI: RMSC.COM Dec 24 2019 04:53:00      Synchrony Bank,    ATTN: Bankruptcy Dept,    PO Box 965060,
                   Orlando, FL 32896-5060
517512655         +EDI: RMSC.COM Dec 24 2019 04:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
517501703          EDI: TDBANKNORTH.COM Dec 24 2019 04:58:00      TD Bank, N.A.,    PO Box 84037,
                   Columbus, GA 31908-4037
517637481          E-mail/Text: jennifer.chacon@spservicing.com Dec 24 2019 00:53:32
                   Towd Point Mortgage Trust 2017-FRE2,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                   Salt Lake City, UT 84165-0250
518315954          EDI: BL-TOYOTA.COM Dec 24 2019 04:53:00      Toyota Motor Credit Corporation,
                   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517501710          EDI: ECMC.COM Dec 24 2019 04:58:00      US Department of Education,
                   Direct Loan Servicing Center,    PO Box 5609,    Greenville, TX 75403-5609
517623495         +EDI: AIS.COM Dec 24 2019 04:53:00      Verizon,    by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517501711         +EDI: VERIZONCOMB.COM Dec 24 2019 04:53:00      Verizon Wireless,    PO Box 3397,
                   Bloomington, IL 61702-3397
517501717          EDI: WFNNB.COM Dec 24 2019 04:53:00      WFNNB,    Bankruptcy Department,    PO Box 182125,
                   Columbus, OH 43218-2125
517501714         +E-mail/Text: bncmail@w-legal.com Dec 24 2019 00:52:25      Weinstein & Riley, PS,
                   2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
517501715         +EDI: WFFC.COM Dec 24 2019 04:53:00      Wells Fargo Bank,    800 Walnut St,
                   Des Moines, IA 50309-3891
517589041          EDI: WFFC.COM Dec 24 2019 04:53:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                   Des Moines, IA  50306-0438
517501716          EDI: WFFC.COM Dec 24 2019 04:53:00      Wells Fargo Home Mortgage,    PO Box 10335,
                   Des Moines, IA 50306-0335
517552155          EDI: ECAST.COM Dec 24 2019 04:53:00      eCAST Settlement Corporation,    PO Box 29262,
                   New York NY 10087-9262
                                                                                               TOTAL: 43

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517501639*       Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
517552235*        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517552243*        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517552345*        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517501648        ##CareCentrix,    PO Box 7780,    London, KY 40742-7780
517501701       ##+Spruce Lending, Inc.,    4761 E Hunter Avenue,    Anaheim, CA 92807-1940
517501712       ##+Viewtech Financial Services, Inc.,    4761 E Hunter Ave,    Anaheim, CA 92807-1940
                                                                                               TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1                  User: admin                    Page 4 of 4                  Date Rcvd: Dec 23, 2019
                                      Form ID: 148                   Total Noticed: 126
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:

```
              Andrew M. Lubin     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               Towd Point Mortgage Trust 2017-FRE2 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin     on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National
               Association, as Indenture Trustee bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Harold N. Kaplan     on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE)
               hkaplan@rasnj.com,  informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Laura M. Egerman     on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE)
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Nona  Ostrove     on behalf of Creditor    Locust Grove Common Facilities Association, Inc.
               nostrove@ostrovelaw.com
              Rex J. Roldan     on behalf of Joint Debtor Danielle C. Consilvio roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              Rex J. Roldan     on behalf of Debtor Damiano M. Consilvio, Sr. roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              Sindi  Mncina     on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```