Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–19074–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Damiano M. Consilvio Sr.<br>aka Damiano M. Consilvio<br>106 Landing Drive<br>Deptford, NJ 08096 | Danielle C. Consilvio<br>aka Daniela C. Consilvio<br>106 Landing Drive<br>Deptford, NJ 08096 |

Social Security No.:
  xxx–xx–1868                              xxx–xx–7891

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 10, 2020</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                 Judge, United States Bankruptcy Court